IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANIL KANCHARLA, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 1:25-CV-02346-RDM |
| ) | |
| **FEDERAL NATIONAL** ) | |
| **MORTGAGE ASSOCIATION,** ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the twenty-one Plaintiffs listed below voluntarily dismiss all claims in the Complaint in the above-captioned action against Defendant.

No Defendant has filed an answer or Motion for Summary Judgment in this matter. This case does not involve a class action subject to FRCP 23 or a derivative suit subject to FRCP 23.1. No federal- or state-court action based on or including the same claim has been previously dismissed by Plaintiff.

The only Plaintiffs seeking this dismissal are as follows:

Deepthi Bolisetty

Jayakrishna Gorantla

Lakshmi Rekha Obhilineni

Laxmi Nugooru

Madhava Anugu

Naga Himabindu Akula

Prasanna Kumar Penumala

    Praveen Buddha

    Prithvider Javaji

    Ramesh Naidu Dasyam

    Ravi Midda

    Ravindranath Mangalagiri

    Sanjeev Chanda

    Satya Kumar Kadari

    Smruthi Purelli

    Srimukhi Mechineni

    Suneel Kancharla

    Varalakshmi Adipudi

    Venkata Mallipeddi

    Venkateswara Chittepu

    Venkateswarlu Gopavarapu

No other Plaintiff is affected by this Voluntary Dismissal, and the Complaint is otherwise unchanged.

Dated: September 17, 2025

WE ASK FOR THIS:

Plaintiffs

By: \_\_\_\_/s/ Milton C.Johns_____
Milton C. Johns, VA Bar No. 42305
D.D.C. Bar No. VA072
Executive Law Partners, PLLC
11130 Fairfax Blvd., Suite 303
Fairfax, VA 22030
(571) 500-1010
(571) 408-8102 – facsimile
mjohns@xlppllc.com
*Counsel for Plaintiffs*

2