

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF COLUMBIA

| ANIL KANCHARLA, et al., | § | |
|---|---|---|
| | § | |
| **Plaintiffs,** | § | |
| | § | **Civil Action No.:** |
| v. | § | |
| | § | **1:25-CV-02346-RDM** |
| FEDERAL NATIONAL MORTGAGE | § | |
| ASSOCIATION, | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

<u>DECLARATION OF KARL JOHNSON</u>

I, Karl Johnson, hereby declare the following:

1.      I am over the age of 18, and am of sound mind and capable of making this Declaration. I have personal knowledge of the facts contained herein, and they are true and correct to the best of my knowledge.

2.      I have been employed with Fannie Mae since June 2003, and have worked in its Legal Department since June 2003. I am currently employed as a Business Administration Lead Associate, a position I have held since November 2018.  Prior to November 2018, I have held titles including Project Manager and Senior Paralegal prior to November 2018, I have held titles including Project Manager and Senior Paralegal in Fannie Mae's Legal Department.

3.      Fannie Mae employees have been required to arbitrate employment-related claims as a condition of their employment since the company first implemented an arbitration program in 1998.

**EXHIBIT 1**

4.      In early 2015, Fannie Mae took steps to update its arbitration program and provide employees notice of a new Arbitration Agreement (the "2015 Agreement"). I am familiar with and have verified the steps taken to notify employees of the 2015 Agreement.

5.      Prior to commencing the process, a SharePoint site was created specifically for the purpose of storing records relating to notice to existing employees of the 2015 Agreement and their certification of such notice.

6.      On January 21, 2015, Fannie Mae's Senior Vice President and Chief Human Resources Officer, Brian McQuaid, sent an email to all Fannie Mae employees advising them of updates to Fannie Mae's arbitration program that would become effective April 20, 2015. The email summarized key changes to the arbitration program, and attached a copy of the 2015 Agreement. It also advised employees the 2015 Agreement would automatically apply to both Fannie Mae and all employees employed on April 20, 2015. A copy of the email and the attachment were saved on the SharePoint site. A true and correct copy of the email, including the 2015 Agreement, is attached to this Declaration as Exhibit A.

7.      Mr. McQuaid directed employees to click on a link embedded in his email to certify their receipt of the 2015 Arbitration. The link directed employees to a webpage (unique to their email address) with two questions. Employees received periodic reminders until they had clicked on the link to answer the questions.

8.      Question 1 asked the employee to certify they had received the 2015 Agreement. Question 2 asked employees to certify their understanding that "the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015." After answering both questions, the employee was then asked to click a "confirm" button. Clicking the confirm button generated an electronic record of the employee's responses to the two

*Declaration of Karl Johnson – Page 2*
*Case No. 1-25-CV-02346-RDM*

**EXHIBIT 1**

questions (the "certification"), which was automatically stored to the SharePoint site at the time of certification.

9.      In addition, clicking the certification button auto-generated a confirmation email from Fannie Mae to the employee, which was stored on Fannie Mae's server.

10.     Also on January 21, 2015, a story describing the new Arbitration Agreement was posted on Fannie Mae's intranet. The story included a link to an "FAQ document" that provided answers to potential questions about the 2015 Agreement and advised employees who they should contact for additional information or questions. A copy of the email and the attachment were saved on the SharePoint site. True and correct copies of these documents are attached to this Declaration as Exhibit B.

11.     In July 2015, the confirmation emails were moved to Fannie Mae's iManage system, which is Fannie Mae's system of record for Fannie Mae's Legal Department.

12.     In late 2019, certification records were downloaded from the SharePoint site and stored in Fannie Mae's iManage system, and the SharePoint site was retired.

13.     I have access to the iManage site where certification responses and confirmation emails are stored as Fannie Mae records.  In preparing this Declaration, I conducted a search in iManage for certifications of the 2015 Agreement for Plaintiffs in this matter who were employed with Fannie Mae on January 21, 2015.  I also searched for confirmation emails auto-generated at the time of their certification of the 2015 Agreement.

14.     Attached to this Declaration as Exhibit C are true and correct copies of (i) date- and time-stamped certifications verifying receipt and understanding of the 2015 Arbitration Agreement and (ii) confirmation emails sent in response to the certifications for the following forty-four (44) individuals: Anil Kancharla; Anila Seelamari; Aparna Kadari; Bhavani P. Pamala; Bhavani Puli;

Chakrapani Pasupuleeti; Deepika Boojala; Divya Chennamaneni; Geetha R Chappali; Hareesh Gavini; Hari K Saggurthi; Jithender Goli; Krishna Veni Colluru; Lakshmi L Sainathuni /Venkata Baddula; Lavanya Chaoutacuri; Lavanya R Changal; Lohit Lakkireddy; Madhusudhan R Gorantla; Nibu Paul; Nirmala Battinapatla; Padma Rao Sainathuni/Padma Baddula; Prajeesh Nadooli; Pushpa Konakala/Pushpalatha Seekala; Raghu Babu Kamarouthu; Rajani Paduru; Rajesh K Putumbaka; Sachin Behl; Sampada Rao Korumilli; Sateesh Chinta; Satish Prasanna; Sreenivasulu Uppari Pashanam; Srinivasa R Gayam; Srinivasa Rao Pendurthi; Sudhir Gunna; Sundar Kammara; Suresh Adusumilli; Suresh Paladugu; Uma Karnati; Umamaheswararao Nizampatnam; Vani Ambati Damodaram; Venkata Parimi; Venkata Y Chinta; Vijay C Chava; and Vinay Gundala.

15.     Three of the 44 individuals requested name changes during their employment with Fannie Mae. Lakshmi Sainathuni was previously known as Venkata Baddula. Padma Rao Sainathuni was previously known as Prabhudas/Padma Baddula.  Similarly, Pushpalatha Seekala was previously known as Pushpa Konakala.  Attached to this email as Exhibit D are true and correct copies of records stored in HR Home reflecting their name changes.

16.     I have reviewed the foregoing fifteen (15) numbered paragraphs and I declare under penalty of perjury that they are true and correct to the best of my knowledge.

Executed this 22nd day of September 2025.

DocuSigned by:

*karl Johnson*

01DB6014E37840E...

Karl Johnson
Business Administration Lead
Associate, Legal

**EXHIBIT 1**

# EXHIBIT A

EXHIBIT 1

| From: | Message from Brian McQuaid |
|---|---|
| Sent: | Thursday, January 22, 2015 3:40 PM |
| To: | Employees Dynamic |
| Subject: | Arbitration Agreement |
| Attachments: | Arbitration Agreement issued Jan 21 2OI5.pdf |

Colleagues,

We have updated our existing arbitration program, which has been in place, unchanged, since 1998. The changes to the program will simplify it and bring it in line with other financial services companies that have employee arbitration programs. Key changes to the arbitration program include:

- Under our current program, arbitration is mandatory and the parties must arbitrate as a prerequisite to going to court. Under the new arbitration program, arbitration will continue to be mandatory and the result wilt be final and binding on both the employee and Fannie Mae.

- The new Agreement clarifies that arbitration covers disputes between an individual employee and Fannie Mae, and claims cannot be brought as a class or otherwise on behalf of other employees.

The following will not change:

- A neutral arbitrator selected by the parties will have full authority to award all relief that would otherwise be available in court.

* Fannie Mae will continue to use JAMS to administer arbitrations and Fannie Mae will pay for costs and fees unique to the arbitration process, such as the arbitrator's fees. Employees will continue to be responsible for other fees and costs, such as counsel fees, and the expenses associated with participating in the arbitration, collecting evidence, utilizing experts, transcribing the proceedings, and so forth.

The new arbitration program is set out in the attached Arbitration Agreement. The terms of the Agreement will go into effect on **April 20, 2015,** and it will automatically apply to Fannie Mae and to all employees who are employed on that date. New or rehired employees will be covered by it immediately upon hire.

**Click here to certify your receipt of the Agreement (you are required to certify receipt). Please note that you cannot use your Blackberry or mobile device to certify receipt.**

Because it is important that you understand the new arbitration program that will apply on April 20, 2015, you will continue to receive reminders until you have certified receipt of the Agreement.

After you read the Agreement, please print and retain a copy for your records. Questions should be submitted to Arbitration_Mailbox@fanniemae.com.

Brian

This e-mail and its attachments are confidential and solely for the intended addressee(s)  Do not share or use them without Fannie Mae s approval. If received in error, delete the message and contact the sender

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

**FannieMae**

## ARBITRATION AGREEMENT

This Arbitration Agreement (the "Agreement") between you (the "Employee") and Fannie Mae (collectively, the "parties") provides for final and binding arbitration of employment-related disputes. This Agreement sets forth the process by which any employment-related disputes between the parties are to be resolved, and also identifies the parties' rights and obligations associated with final and binding arbitration.  As agreed specifically below, among other things, the parties will arbitrate their Covered Claims only on an individual basis and hereby irrevocably waive their rights to litigate Covered Claims in court.

**1.      Agreement to Arbitrate and Mutual Waiver of Right to Litigate Covered Claims in Court.**

You and Fannie Mae agree to resolve any and all claims covered by this Agreement ("Covered Claims," as defined in Section 3, below) through final and binding arbitration.  Although not required before initiating arbitration, the parties acknowledge that Fannie Mae has internal dispute resolution channels, including Fannie Mae's open door policy, mediation, and access to Human Resources and Compliance & Ethics ("C&E").  **You and Fannie Mae mutually waive any rights to a trial before a judge or jury in federal, state, or local court in favor of final and binding arbitration of Covered Claims.**

**2.      Effective Date and Consideration.**

a.      If you are a Fannie Mae employee hired (or rehired) on or after January 21, 2015, this Agreement will become effective at the start of your Fannie Mae employment (the "Effective Date").  **By accepting Fannie Mae's offer of employment, you also accept this Agreement, which is a condition of employment.**  You agree that your new employment, along with Fannie Mae's promise to arbitrate all Covered Claims against you, constitutes sufficient consideration for this Agreement, and that you and Fannie Mae are bound by its terms.

b.      If you are a current Fannie Mae employee when you receive this Agreement, this Agreement will become effective on April 20, 2015, if you continue to work for Fannie Mae and are employed by Fannie Mae on that date (the "Effective Date").  **By continuing to work for Fannie Mae and being employed by Fannie Mae on that date, you accept this Agreement, which is a condition of employment.**  You agree that your continuing employment on and following the Effective Date, along with Fannie Mae's promise to arbitrate all Covered Claims against you. constitutes sufficient consideration for this Agreement, and that you and Fannie Mae are bound by its terms.

c.      If you are a current Fannie Mae employee when you receive this Agreement. Fannie Mae's Dispute Resolution Policy ("DRP") dated March 16. 1998 (available in CoPPeR). will continue to apply to any claims asserted by or on behalf of either party before the Effective Date.  The DRP will also remain in full force and effect for any claims that are not deemed "Covered Claims" under this Agreement and for the arbitration of otherwise Covered Claims in the event an arbitrator or judge determines that this Agreement is unenforceable as to you.

**3.      Arbitration of Covered Claims.**

Except as expressly set out in Sections 5 and 6. you and Fannie Mae agree that any and all controversies, disputes, and/or claims asserted after the Effective Date that directly or indirectly arise out of, or relate to, your employment, terms or conditions of employment, or termination of employment, whether based on federal, state, and/or local laws ("Covered Claims"), shall be resolved by final and binding arbitration pursuant to this Agreement.  The final decision in arbitration is hereinafter referred to as an "Award."

**EXHIBIT 1**              Case No. 1-25-CV-02346-RDM

**FannieMae**

This Agreement survives the termination of your employment, and applies to any and all Covered Claims that are asserted by you and/or Fannie Mae on or after the Effective Date.

**4.    No Class, Collective or Representative Actions.**

You and Fannie Mae agree that all Covered Claims filed against the other will be on an individual basis.  To that end, you and Fannie Mae waive any rights to commence, to become a party to, or to participate in, any class action, collective action (such as under the Fair Labor Standards Act), hybrid class/collective action, or representative action, whether such proceeding is in a court, arbitration, or any other forum in which Covered Claims are asserted.  The parties also agree that any Covered Claim by or against you or Fannie Mae shall be heard in arbitration without joinder of parties or consolidation of such claim with any other person or entity's claims.    The appointed arbitrator will have full authority to award to you and/or Fannie Mae all individualized relief that would otherwise be available in court.

**5.    Injunctive or Other Interim Relief.**

Either party may apply to the arbitrator for preliminary injunctive or other equitable relief before an Award is issued.  Prior to the appointment of an arbitrator, either party may, without waiving any remedy under this Section, seek from any court having jurisdiction, preliminary injunctive or other equitable relief necessary to protect the rights of that party.

**6.    Right to Pursue Certain Statutory Claims and Administrative Complaints.**

Notwithstanding anything to the contrary in this Agreement, the parties further agree that: (i) claims under the Employment Retirement Income Security Act ("ERISA") must be resolved in accordance with the terms and procedures set out in the plan documents; (ii) Covered Claims do not include claims that have been specifically excluded by statute from pre-dispute arbitration agreements, *e.g.*, the Dodd-Frank Wall Street Reform and Consumer Protection Act's amendments to the Securities Exchange Act of 1934 and the Sarbanes-Oxley Act of 2002 ("SOX"); and (iii) this Agreement does not change or in any way affect your rights to file any administrative charges or complaints or to participate in administrative proceedings before any federal, state or local administrative agency.  Further, to the extent that you would be required by law to file a timely administrative charge or complaint as a prerequisite to filing a claim in court, you must do the same before filing such claim in arbitration.  Nothing in this Agreement changes or in any way affects Fannie Mae's right to defend itself or otherwise participate in any proceeding related to claims and/or complaints brought administratively or otherwise under this Section 6.

You understand, to the extent you wish to pursue claims after administrative proceedings have concluded (or wish to appeal an administrative decision), and those further proceedings would ordinarily be pursued in court, unless specifically excluded by statute, you must resolve those further proceedings through arbitration under this Agreement, and not in court.  Except to the extent set forth in Section 5 or this Section 6, nothing in this Section permits you or Fannie Mae to file claims in court, whether or not related to the subject matter regulated by the administrative bodies referred to above.

**7.    Rules and Procedures.**

The parties agree that JAMS (currently at www.jamsadr.com; 1-800-352-5267), an independent and neutral national arbitration service, will administer all arbitrations under this Agreement.  The arbitration (including selecting the arbitrator, conducting discovery and the hearings before the arbitrator) will be conducted under the rules and procedures contained in this Agreement, except that where no provision in the Agreement covers a particular matter, JAMS's Arbitration Rules and Procedures for Employment Disputes ("JAMS rules"), as amended from time to time, shall apply.  At any time before

**FannieMae**

the Award is issued, the parties may agree to submit the complaint to mediation. In the event of a conflict between the JAMS rules and those contained in this Agreement, this Agreement will prevail. The applicable JAMS rules can currently be found at http://www.jamsadr.com/rules-employment-arbitration.

**8.      How to Bring a Claim in Arbitration.**

You or Fannie Mae may initiate arbitration by sending a completed "Demand for Arbitration" form to JAMS. You can obtain the Demand for Arbitration form from Human Resources, C&E or from Fannie Mae's Arbitration Coordinator. When you file a Demand for Arbitration, you also must send a copy of that Demand to Fannie Mae at Arbitration_Mailbox@fanniemae.com. When Fannie Mae files the Demand for Arbitration, Fannie Mae must also send a copy of the Demand to you at your last known address.

The arbitration shall be held in the JAMS office closest to the county in which you are or were last employed as your primary place of work at Fannie Mae. This rule shall apply whether or not either party has since moved.

**9.      Time Limit on Submission of Covered Claims.**

All Covered Claims must be filed in arbitration within the statute of limitations period required by law for bringing the claim in court. In order for a Covered Claim to be eligible for arbitration, JAMS must receive the completed "Demand for Arbitration" form within the statute of limitations time period. Further, to the extent applicable law would require you to file a timely administrative charge or complaint as a prerequisite to filing your claims in court, you must do the same before filing such claims in arbitration. If either party contends that a Covered Claim was not made within the legal time limit, either party may ask the arbitrator to decide the issue before any hearing on the substance of the claim.

**10.     Fees and Expenses.**

Fannie Mae will pay all fees unique to the arbitration, such as case filing, case management, and administrative fees charged by JAMS, as well as all hourly or daily fees of the arbitrator. Fannie Mae will make all such payments to JAMS, and JAMS will in turn pay the arbitrator's fees. The parties will otherwise each bear their own fees, costs and expenses for the arbitration (including without limitation those associated with evaluating/presenting Covered Claims, selecting the arbitrator, conducting discovery, utilizing experts, transcribing the proceedings, and attending hearings). Nothing in this Agreement shall alter any prevailing-party or other fee-shifting rules that would otherwise apply outside the context of arbitration.

**11.     Representation.**

The parties may have an attorney or other representative, at their sole expense, present during any phase of arbitration.

**12.     Arbitrator Selection and Replacement.**

For each arbitration under this Agreement, the parties may mutually select one arbitrator from among five qualified arbitrator candidates identified by JAMS. For every panel of five arbitrators provided by JAMS, JAMS must offer a minimum of three retired federal or state court judges. Each of the five arbitrators proposed by JAMS will have the following minimum qualifications:

- Licensed attorney or former/retired judge in good standing;
- Minimum of ten years' experience in legal and/or judicial practice; and

**EXHIBIT 1**   Case No. 1-25-CV-02346-RDM

**FannieMae**

- Substantial employment law experience.

After receiving the completed "Demand for Arbitration" form, JAMS will prepare and submit, to the Employee and Fannie Mae, a list containing five arbitrator candidates who have the qualifications stated above, together with their resumes or biographical summaries. Within ten calendar days after JAMS sends the list of arbitrator candidates (if the parties have not already mutually agreed and notified JAMS of their selection of one of the arbitrators from the list) each party must strike up to two names from it, rank the remaining three arbitrator candidates in order of preference, and return the list to JAMS. If there is more than one candidate remaining after the parties' strikes, JAMS will appoint as arbitrator the one with the highest total ranking by the parties. If, for any reason (strikes, recusals, etc.), JAMS is unable to appoint an arbitrator from the list, a second list of arbitrator candidates will be presented to the parties by JAMS, and JAMS/the parties will repeat the same strike and rank process as set forth above. If a party fails to send JAMS their strikes/ranks within the required time, JAMS will assume that the party has accepted all of the arbitrator candidates on the list. If, for any reason, the arbitrator is unable to fulfill his or her duties, a successor arbitrator will be chosen by this same procedure.

13.    **Exchange of Information.**

You and Fannie Mae each will be entitled to obtain non-privileged information relevant to the Covered Claims (including documents and testimony) from the other prior to the final evidentiary hearing to ensure a full and fair hearing on the dispute, through informal exchange, and/or as follows:

a.    Each party may issue up to 30 document requests seeking a reasonable number of non-privileged documents relevant to the Covered Claims asserted;

b.    Each party may make one request that the other party answer up to 25 (including subparts) interrogatories (or questions) regarding non-privileged information relevant to the Covered Claims asserted;

c.    Each party may take up to three fact witness depositions requiring non-privileged testimony relevant to the Covered Claims asserted. Each such deposition shall last no more than seven hours, excluding breaks. As one of the three depositions, you may choose Fannie Mae as the deponent and describe with reasonable particularity the matters for examination. If you designate Fannie Mae, Fannie Mae will select the appropriate individual(s) to provide testimony. However, without regard to the number of individuals providing testimony on behalf of Fannie Mae as its corporate designee(s), the total length of the deposition – regardless of the number of individuals testifying – will be no more than seven hours (excluding breaks);

d.    Each party may depose and obtain relevant, non-privileged documents from any expert witness designated by a party;

e.    Upon notice to JAMS and all parties, either party may request that the Arbitrator issue subpoena(s) for testimony and/or relevant, non-privileged documents from third parties to the extent allowed by the Federal Arbitration Act (FAA). If such subpoenas are issued for the attendance of a witness(es) for deposition, such witness(es) will count against the three fact witness depositions allowed under Section 13.c., above.

f.    A reasonable time before the final evidentiary hearing, the parties shall file with JAMS and exchange (1) a list of the witnesses they intend to call, including any experts; and (2) a list of exhibits intended to be used at the final evidentiary hearing.

**EXHIBIT 1**    Case No. 1-25-CV-02346-RDM

**FannieMae**

The arbitrator, upon a showing of good cause, may order any additional discovery that is required for a full and fair hearing on the dispute while consistent with the expedited nature of arbitration. Within a reasonable time after an arbitrator is designated, the arbitrator will confer with the parties and issue a schedule of deadlines for requesting and exchanging relevant information, as set out above. The parties agree to meet and confer to try to resolve discovery disputes before involving the arbitrator.

**14.    Time Off to Participate.**

Both you and Fannie Mae must attend and reasonably participate in the arbitration, including cooperating with discovery and depositions. Fannie Mae will excuse from Fannie Mae business duties, without loss of pay or benefits, you (if you are still employed at Fannie Mae) and all employees who are needed to provide testimony or attend the final evidentiary hearing, for such time as they are needed and actively participating. You will not be subjected to any form of retaliation covered by Fannie Mae's policies or Code of Conduct as a result of initiating or participating in the processes contemplated under this Agreement.

**15.    Proceedings and the Final Evidentiary Hearing.**

Prior to or during the final evidentiary hearing on Covered Claims, either party may seek from the arbitrator the dismissal of any Covered Claim through any motion that could be brought in court, including, but not limited to, motions to dismiss or strike, or motions for summary judgment (or adjudication). At the final evidentiary hearing, both parties have the right to make opening and closing statements, offer proof and examine and cross-examine witnesses as if the matter were brought in court.

**16.    The Award.**

The Award will consist of a written statement of disposition and relief, if any, and a written statement of reasons supporting the disposition and relief, if any. The Award must be based on the facts and applicable law. The arbitrator may award any damages, attorneys' fees, expenses or other remedy to either party to the extent permitted by the underlying law, regulation, statute or equitable principle governing the claim. The arbitrator will not have authority to grant any damages, remedy or relief that is not authorized by the applicable law.

**17.    Award Is Binding on All Parties.**

The Award is binding on you (including your heirs, representatives, and assigns) and Fannie Mae (including its successors, directors, officers, or employees in their representative capacities), and neither party may later (or at the same time) bring suit against the other on any claims arising out of the same facts or circumstances that were raised, presented, or decided in the arbitration.

**18.    Enforcement of the Award.**

At the expense of the party requesting it, any court having jurisdiction over the Award may enter an order giving it the force of law. Proceedings to enforce, confirm, modify or vacate an Award will be subject to the standard of review set forth in the Federal Arbitration Act (FAA).

**19.    Confidentiality and Privacy.**

To the greatest extent permitted by applicable law and unless otherwise agreed in writing by the parties, the parties agree that all proceedings before the arbitrator will remain confidential between the parties, including but not limited to any depositions, discovery, pleadings, exhibits, testimony, or Award. The parties will inform third parties (including witnesses) necessary to the proceeding that the proceeding

**EXHIBIT 1**    Case No. 1-25-CV-02346-RDM

**FannieMae**

is confidential, and use reasonable efforts to secure that individual's agreement to maintain such confidentiality. The requirement of confidentiality will not bar submission of the Award in proceedings to enforce, confirm, modify or vacate the Award as set forth in Section 18, above.

**20.   Application of the FAA and Questions of Arbitrability.**

This Agreement is governed by the Federal Arbitration Act (FAA) and evidences a transaction involving interstate commerce. The Agreement will, in all respects, be interpreted, enforced, and governed under the FAA. The arbitrator will resolve any disputes over the interpretation, applicability, and/or enforceability of this Agreement and the arbitrability of all other matters presented under it, except that any disputes regarding the validity and enforceability of the waiver of class actions, collective actions and representative actions in Section 4, above, may only be resolved by a judge in a civil court of competent jurisdiction, and not by an arbitrator.

**21.   Severability.**

Should any provision of this Agreement requiring that Covered Claims be brought only on an individual basis be determined invalid or unenforceable with respect to any particular claim, then that claim shall not proceed in arbitration but rather may be resolved in a court of competent jurisdiction. However, in the event that the court before whom a putative class action involving Covered Claims is pending denies class certification, the remaining individual claims must be arbitrated under this Agreement on an individual basis. In no event shall any class, collective or representative proceeding be permitted to proceed in arbitration.

Except as otherwise provided in this Section, however, if any other provision of this Agreement is held to be legally invalid or unenforceable, it will not affect the remainder of this Agreement, which will continue to be in full force and effect.

**22.   Employment-at-Will.**

This Agreement, and/or any communications or materials describing or implementing it, does not, and shall not be construed to, alter Employee's status as an at-will employee. Employee acknowledges that either Fannie Mae or Employee may end the employment relationship at any time, with or without advance notice, with or without cause.

**23.   Modification.**

Fannie Mae, consistent with the covenant of good faith and fair dealing, may discontinue or amend this Agreement at any time by giving you 90 calendar days' written notice. In that event, this Agreement will continue to apply to all claims asserted by you or Fannie Mae before or during the 90-day notice period.

**24.   Complete Agreement.**

This Agreement is the sole and complete agreement between you and Fannie Mae as to its subject matter. No failure by either party to insist on strict compliance with any part of the Agreement will be interpreted as a waiver of that part or any other part of the Agreement.

# EXHIBIT B

**EXHIBIT 1**

HomeSite                                                                                      Page 1 of 1

MySite (http://mysite/default.aspx)    OneDrive (http://mysite/personal/f2uky/Documents/Forms/All.aspx)    Sites (http://mysite/personal/f2uky/Social/Sites.aspx)    Karl

(/)

Useful Links

Useful Links

Content
People            Search                                                                      

Our Company (/ourcompany) | Vision & Values (/ourcompany/Pages/VisionValues.aspx) | Human Resources (/HumanResources)
The Beat (https://app.fanniemae.com/bam/adhop/fmlatesso?provider/idp/global/ce-fanniemae) 
Home (/) → Corporate News (ourCompany/Pages/NewsArchive.aspx) → Current

# Confirm receipt of new Arbitration Agreement

1/22/2015

As Brian McQuaid announced, we have updated our existing arbitration program. The changes to the program will simplify it and bring it in line with other financial services companies that have employee arbitration programs. Please follow the instructions in the email you received from "Message from Brian McQuaid" and confirm receipt of the updated Arbitration Agreement today. Key changes to the program include:

* Under our current program, arbitration is mandatory and the parties must arbitrate as a prerequisite to going to court. Under the new arbitration program, arbitration will continue to be mandatory and the result will be final and binding on both the employee and Fannie Mae.

* The new Agreement clarifies that arbitration covers disputes between an individual employee and Fannie Mae, and claims cannot be brought as a class or otherwise on behalf of other employees.

The following will not change:

* A neutral arbitrator selected by the parties will have full authority to award all relief that would otherwise be available in court.

* Fannie Mae will continue to use JAMS to administer arbitrations and Fannie Mae will pay for costs and fees unique to the arbitration process, such as the arbitrator's fees. Employees will continue to be responsible for other fees and costs, such as counsel fees, and the expenses associated with participating in the arbitration, collecting evidence, utilizing experts, transcribing the proceedings, and so forth.

Read the Arbitration Agreement here (/ourCompany/Documents/ArbitrationAgreementJan212015.pdf). The terms of the Agreement will go into effect on April 20, 2015, and will automatically apply to Fannie Mae and to all employees who are employed on that date.

For additional information, read this FAQ document (/Documents/FAQs%20for%20Arbitration%20Agreement%20doc%20(2).pdf). Questions should be sent to Arbitration_Mailbox@fanniemae.com (mailto:Arbitration_Mailbox@fanniemae.com).

Careers                              Contact Us        © 2017 Fannie Mae
(http://fmhomesite/HumanResources/SitePages/myCareer.aspx)(mailto:homesite_team@fa

(http://

**EXHIBIT 1**

Case No. 1:25-CV-02346-RDM



**Frequently Asked Questions:**
**Arbitration Agreement Issued January 21, 2015**

**Q:**    **Why is the arbitration process changing?**
**A:**    The new arbitration process will be simpler and more efficient. Fannie Mae introduced its existing Dispute Resolution Policy ("DRP") back in 1998. Since that time, we have had the pre-litigation requirement of the DRP, where the employee/former employee must arbitrate claims as a prerequisite to going to court with the same claims. Under the DRP, a current/former employee can reject the resolution reached in arbitration (the "Award") and proceed to court, where the case would be tried again, resulting in significant duplication of effort and expense for all parties.

We are also bringing the program up to date. Fannie Mae is one of very few companies that still have non-binding arbitration. The new Arbitration Agreement brings Fannie Mae in line with the majority of companies that have arbitration programs with employees. Under the new program, the Award is final and binding on both parties, and claims covered by the Agreement must be brought on an individual basis, and not as a group or class.

**Q:**    **What is arbitration?**
**A:**    Arbitration is a process in which a legal claim is presented to a neutral person (an arbitrator) instead of to a judge or jury in court. The arbitrator makes a decision on the claim (the Award) after both sides present their evidence and arguments in arbitration. Arbitration is less formal than court proceedings, but the Award is final and binding on the parties.

**Q:**    **What does it mean that Covered Claims will be arbitrated only on an individual basis?**
**A:**    Covered Claims are legally recognized controversies and disputes that occur related to employment. Bringing a Covered Claim only on an individual basis means that both Fannie Mae and the current/former employee have agreed to bring claims on their own behalf, and not on behalf of any other individual or entity.   In making that commitment, the parties waive their rights to have claims heard as part of a class action, collective action, hybrid class/collective action, or in a representative action.

**Q:**    **Are unemployment and worker's compensation claims required to be arbitrated?**
**A:**    No.   Because they are administrative claims, employees can continue to file these claims directly with the appropriate agency.

**Q:**    **To whom does the Agreement apply and when does it go into effect?**
**A:**    It will become effective and binding on both Fannie Mae and all current employees who continue to work after it is issued and are employed at Fannie Mae on April 20, 2015.   It will apply to newly hired employees on their date of hire.

**Q:**    **What happens if a claim is filed in arbitration before the effective date?**
**A:**    The claim will still be covered under the existing arbitration program (the Dispute Resolution Policy).

**Q:**    **Do Fannie Mae and the employee have to try to resolve a dispute internally before it can be arbitrated?**
**A:**    No. Fannie Mae encourages employees to use internal channels of dispute resolution (including through HR and C&E) before arbitrating, but this is not required before initiating arbitration. The parties can also agree to mediate a dispute even after arbitration is initiated.

**Q:**    **Who pays for costs of the arbitration?**
**A:**    Fannie Mae will continue to pay for the costs uniquely associated with arbitration, including the JAMS case filing, management, and administrative fees and the fees of the arbitrator. The parties will otherwise each bear their own fees, costs and expenses for the arbitration (including those associated with evaluating/presenting Covered Claims, selecting the arbitrator, conducting discovery, utilizing experts, transcribing the proceedings, and attending hearings). Just as in court proceedings, if applicable laws allow, the party that prevails may request attorneys' fees and costs.

**EXHIBIT 1**

# EXHIBIT C

EXHIBIT 1

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Kancharla, Anil | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Kancharla, Anil | 1/27/2015 13:45 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Tuesday, January 27, 2015 1:45 PM EST |
| **To:** | Kancharla, Anil X <anil_x_kancharla@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Seelamgari, Anila | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Seelamgari, Anila | 1/26/2015 14:47 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 2:47 PM EST |
| **To:** | Seelamgari, Anila <anila_seelamgari@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Kadari, Aparna | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Kadari, Aparna | 1/27/2015 12:30 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Tuesday, January 27, 2015 12:30 PM EST |
| **To:** | Kadari, Aparna <aparna_kadari@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Pamala, Bhavani P | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Pamala, Bhavani P | 1/26/2015 14:04 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 2:04 PM EST |
| **To:** | Pamala, Bhavani P <bhavani_p_pamala@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Puli, Bhavani y | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Puli, Bhavani y | 1/26/2015 14:34 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 2:34 PM EST |
| **To:** | Puli, Bhavani y <bhavani_y_puli@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Pasupuleeti, Chakrapani | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Pasupuleeti, Chakrapani | 2/4/2015 16:02 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Wednesday, February 4, 2015 4:02 PM EST |
| **To:** | Pasupuleeti, Chakrapani X <chakrapani_x_pasupuleeti@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Boojala, Deepika | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Boojala, Deepika | 1/26/2015 16:07 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 4:07 PM EST |
| **To:** | Boojala, Deepika <deepika_boojala@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Chennamaneni, Divya | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Chennamaneni, Divya | 1/26/2015 15:07 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| From: | Arbitration Mailbox |
|---|---|
| Sent: | Monday, January 26, 2015 3:07 PM EST |
| To: | Chennamaneni, Divya <divya_chennamaneni@fanniemae.com> |
| Subject: | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

**EXHIBIT 1**    Case No. 1-25-CV-02346-RDM

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Chappali, Geetha | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Chappali, Geetha | 1/27/2015 12:06 |

Fannie Mae Confidential

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Tuesday, January 27, 2015 12:06 PM EST |
| **To:** | Chappali, Geetha <geetha_chappali@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

**EXHIBIT 1**                Case No. 1-25-CV-02346-RDM

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Gavini, Hareesh | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Gavini, Hareesh | 1/26/2015 16:00 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 4:00 PM EST |
| **To:** | Gavini, Hareesh <hareesh_gavini@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Saggurthi, Hari | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Saggurthi, Hari | 1/27/2015 12:20 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Tuesday, January 27, 2015 12:20 PM EST |
| **To:** | Saggurthi, Hari K <hari_k_saggurthi@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

**EXHIBIT 1**     Case No. 1-25-CV-02346-RDM

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Goli, Jithender | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Goli, Jithender | 1/27/2015 12:20 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Tuesday, January 27, 2015 12:20 PM EST |
| **To:** | Goli, Jithender <jithender_goli@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Krishna y Colluru | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Krishna y Colluru | 1/26/2015 14:15 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 2:15 PM EST |
| **To:** | Colluru, Krishna y <krishna_y_colluru@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Sainathuni, Lakshmi | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Sainathuni, Lakshmi | 1/29/2015 14:39 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Thursday, January 29, 2015 2:39 PM EST |
| **To:** | Baddula, Venkata L <venkata_l_baddula@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Chaoutacuri, Lavanya x | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Chaoutacuri, Lavanya x | 1/29/2015 14:33 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| From: | Arbitration Mailbox |
|---|---|
| Sent: | Thursday, January 29, 2015 2:33 PM EST |
| To: | Chaoutacuri, Lavanya x <lavanya_x_chaoutacuri@fanniemae.com> |
| Subject: | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Changal, Lavanya | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Changal, Lavanya | 1/27/2015 11:56 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Tuesday, January 27, 2015 11:56 AM EST |
| **To:** | Changal, Lavanya R <lavanya_r_changal@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Lakkireddy, Lohit z | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Lakkireddy, Lohit z | 1/26/2015 14:35 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 2:35 PM EST |
| **To:** | Lakkireddy, Lohit z <lohit_z_lakkireddy@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

**EXHIBIT 1**

Case No. 1-25-CV-02346-RDM

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Gorantla, Madhusudhan | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Gorantla, Madhusudhan | 2/13/2015 10:58 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Friday, February 13, 2015 10:58 AM EST |
| **To:** | Gorantla, Madhusudhan <madhusudhan_gorantla@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

**EXHIBIT 1**                    Case No. 1-25-CV-02346-RDM

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Paul, Nibu | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Paul, Nibu | 1/27/2015 12:03 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Tuesday, January 27, 2015 12:03 PM EST |
| **To:** | Paul, Nibu <nibu_paul@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Battinapatla, Nirmala | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Battinapatla, Nirmala | 2/17/2015 17:07 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Tuesday, February 17, 2015 5:07 PM EST |
| **To:** | Bethinapatla, Nirmala <nirmala_bethinapatla@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Sainathuni, Padma | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Sainathuni, Padma | 1/27/2015 12:20 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration_Mailbox@fanniemae.com |
| **Sent:** | Tuesday, January 27, 2015 12:20 PM EST |
| **To:** | Baddula, Padma R <padma_sainathuni@fanniemae.com>; padma_r_baddula@fanniemae.com |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Nadooli, Prajeesh | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Nadooli, Prajeesh | 1/23/2015 10:07 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Friday, January 23, 2015 10:07 AM EST |
| **To:** | Nadooli, Prajeesh <prajeesh_nadooli@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

**EXHIBIT 1**      Case No. 1-25-CV-02346-RDM

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Seekala, Pushpalatha | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Seekala, Pushpalatha | 1/26/2015 14:39 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 2:39 PM EST |
| **To:** | Seekala, Pushpalatha <pushpalatha_seekala@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Kamarouthu, Raghu B | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Kamarouthu, Raghu B | 1/26/2015 14:12 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 2:12 PM EST |
| **To:** | Kamarouthu, Raghu B <raghu_b_kamarouthu@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Paduru, Rajani | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Paduru, Rajani | 1/27/2015 12:03 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

Docusign Envelope ID: 9FEB4E8C-49E2-4F95-9A8E-F7EB1F180AA4

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Tuesday, January 27, 2015 12:03 PM EST |
| **To:** | Paduru, Rajani <rajani_paduru@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Putumbaka, Rajesh K | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Putumbaka, Rajesh K | 1/27/2015 12:50 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Tuesday, January 27, 2015 12:50 PM EST |
| **To:** | Putumbaka, Rajesh K <rajesh_k_putumbaka@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Behl, Sachin | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Behl, Sachin | 1/22/2015 16:47 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Thursday, January 22, 2015 4:47 PM EST |
| **To:** | Behl, Sachin <sachin_behl@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Korumilli, Sampada | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Korumilli, Sampada | 3/13/2015 12:10 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Friday, March 13, 2015 12:10 PM EDT |
| **To:** | Korumilli, Sampada <sampada_korumilli@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Chinta, Sateesh | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Chinta, Sateesh | 1/26/2015 14:11 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 2:11 PM EST |
| **To:** | Chinta, Sateesh <sateesh_chinta@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Prasanna, Satish | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Prasanna, Satish | 1/26/2015 17:26 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 5:26 PM EST |
| **To:** | Prasanna, Satish <satish_prasanna@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Upparipashanam, Sreenivasulu | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Upparipashanam, Sreenivasulu | 1/26/2015 14:46 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 2:46 PM EST |
| **To:** | Upparipashanam, Sreenivasulu <sreenivasulu_upparipashanam@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Gayam, Srinivasa | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Gayam, Srinivasa | 1/26/2015 14:18 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 2:18 PM EST |
| **To:** | Gayam, Srinivasa <srinivasa_gayam@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Srinivasa R Pendurthi | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Srinivasa R Pendurthi | 2/18/2015 9:55 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Wednesday, February 18, 2015 9:55 AM EST |
| **To:** | Pendurthi, Srinivasa R <srinivasa_r_pendurthi@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

**EXHIBIT 1**

Case No. 1-25-CV-02346-RDM

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Gunna, Sudhir | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Gunna, Sudhir | 1/22/2015 15:55 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F95-9A8E-F7EB4F180AA4

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Thursday, January 22, 2015 3:55 PM EST |
| **To:** | Gunna, Sudhir <sudhir_gunna@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Kammara, Sundar | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Kammara, Sundar | 1/23/2015 10:14 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Friday, January 23, 2015 10:14 AM EST |
| **To:** | Kammara, Sundar <sundar_kammara@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Adusumilli, Suresh | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Adusumilli, Suresh | 1/23/2015 11:33 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Friday, January 23, 2015 11:33 AM EST |
| **To:** | Adusumilli, Suresh <suresh_adusumilli@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Paladugu, Suresh | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Paladugu, Suresh | 1/22/2015 16:01 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Thursday, January 22, 2015 4:01 PM EST |
| **To:** | Paladugu, Suresh <suresh_paladugu@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Karnati, Uma | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Karnati, Uma | 1/27/2015 11:55 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Tuesday, January 27, 2015 11:55 AM EST |
| **To:** | Karnati, Uma <uma_karnati@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Nizampatnam, Umamaheswararao | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Nizampatnam, Umamaheswararao | 2/4/2015 15:34 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Wednesday, February 4, 2015 3:34 PM EST |
| **To:** | Nizampatnam, Umamaheswararao <umamaheswararao_nizampatnam@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Ambati Damodaram, Vani | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Ambati Damodaram, Vani | 1/26/2015 14:45 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 2:45 PM EST |
| **To:** | Ambati Damodaram, Vani <vani_ambati_damodaram@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Parimi, Venkata | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Parimi, Venkata | 1/27/2015 14:22 |

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Tuesday, January 27, 2015 2:22 PM EST |
| **To:** | Parimi, Venkata X <venkata_x_parimi@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Chinta, Venkata | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Chinta, Venkata | 1/26/2015 14:42 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 2:42 PM EST |
| **To:** | Chinta, Venkata x <venkata_x_chinta@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Chava, Vijay | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Chava, Vijay | 1/28/2015 10:27 |

Case No. 1-25-CV-02346-RDM

Fannie Mae Confidential

**EXHIBIT 1**

| From: | Arbitration Mailbox |
|---|---|
| Sent: | Wednesday, January 28, 2015 10:27 AM EST |
| To: | Chava, Vijay <vijay_chava@fanniemae.com> |
| Subject: | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

Docusign Envelope ID: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4

Arbitration Agreement Program
Questionnaire (2015)

| FTE Employee | Question 1 | Answer 1 | Question 2 | Answer 2 | Created By | Created |
|---|---|---|---|---|---|---|
| Gundala, Vinay | Fannie Mae's Arbitration Agreement, dated January 21, 2015, becomes effective on April 20, 2015, for all individuals employed by Fannie Mae as of that date. I hereby certify that I have received Fannie Mae's Arbitration Agreement. | Yes | I understand that the Mutual Arbitration Agreement will apply to me if I continue to work at Fannie Mae and am employed by Fannie Mae on April 6, 2015. | Yes | Gundala, Vinay | 1/26/2015 14:37 |

Case No. 1-25-CV-02346-RDM

# EXHIBIT 1

| | |
|---|---|
| **From:** | Arbitration Mailbox |
| **Sent:** | Monday, January 26, 2015 2:37 PM EST |
| **To:** | Gundala, Vinay x <vinay_x_gundala@fanniemae.com> |
| **Subject:** | Confirmation of your Certification of Receipt of Fannie Mae's Arbitration Agreement |

Thank you. Your Certification has been received and recorded. Please print this confirmation for your records.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 1**

# EXHIBIT D

EXHIBIT 1



## Lakshmi L Sainathuni: Person Management

**Person Number**
82657

Person x   Employment x

# Person ®

Pierson Information   Contacts   Documents   Disabilities   Extra Information

## Name and Addresses ©

**Name**

| | |
|---|---|
| Legal Last Name | Baddula |
| Legal First Name | Venkata |
| Middle Name | L |
| Prefix | Ms |
| Previous Last Name | |

**Addresses ✚**

| | |
|---|---|
| Home Address | 20190 |
| | 11709 Oide English Dr |
| | Unitb |
| | Reston, VA |
| | UNITED STATES |
| | Fairfax |
| Primary Mailing | Home Address |
| | 20190 |
| | 11709 Oide English Dr |
| | Unitb |
| | Reston, VA |
| | UNITED STATES |
| | Fairfax |

## Communication Methods©

**Phones**

| | |
|---|---|
| Personal Cell Phone | ██████ ✓ |
| Work Phone | ██████ |

**Email Details**

| | |
|---|---|
| Work Email | lakshmi_sainathuni@fanniemae.com © |

## National Identifiers/ ®

United States   Social Security Number: ██████ ©

## Biographical Info

| | |
|---|---|
| Date of Birth | ██████ |
| Date of Death | |
| Country of Birth | United States |
| Display Photo | LS |

## Legislative Information ©

🇸 United States

**Sex and Marital Status**

| | |
|---|---|
| Sex | Female |
| Marital Status | |
| Marital Status Change Date | ██████ |
| Highest Education Level | |

**Ethnicity** ✕
🔘 Information
Use the Personal Details page to add or update ethnicity or race. (PER-1532477)

Case No. 1:25-CV-02346-RDM

**EXHIBIT 1**



**EXHIBIT 1**



**EXHIBIT 1**

docusign

## Certificate Of Completion

Envelope Id: 9FEB4E8C-49E2-4F05-9ABE-F7EB1F180AA4
Subject: Complete with Docusign: Declaration of Karl Johnson - September 2025.pdf
Source Envelope:
Document Pages: 108
Certificate Pages: 1
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-05:00) Eastern Time (US & Canada)

Signatures: 1
Initials: 0

Status: Completed

Envelope Originator:
Karl Johnson
1100 15th Street
Washington, DC  20005
karl_b_johnson@fanniemae.com
IP Address: 136.226.68.194

## Record Tracking

Status: Original
    Sep 22, 2025 | 16:14

Holder: Karl Johnson
    karl_b_johnson@fanniemae.com

Location: DocuSign

## Signer Events

| | Signature | Timestamp |
|---|---|---|
| Karl Johnson<br>karl_b_johnson@fanniemae.com<br>Legal - Business Administrator - Lead Associate<br>Fannie Mae - Enterprise<br>Security Level: Email, Account Authentication (None) | *Karl Johnson*<br>01DB6014E37840E...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 136.226.68.194 | Sent: Sep 22, 2025 \| 16:21<br>Viewed: Sep 22, 2025 \| 16:21<br>Signed: Sep 22, 2025 \| 16:21 |

**Electronic Record and Signature Disclosure:**
   Not Offered via Docusign

## In Person Signer Events

| | Signature | Timestamp |
|---|---|---|

## Editor Delivery Events

| | Status | Timestamp |
|---|---|---|

## Agent Delivery Events

| | Status | Timestamp |
|---|---|---|

## Intermediary Delivery Events

| | Status | Timestamp |
|---|---|---|

## Certified Delivery Events

| | Status | Timestamp |
|---|---|---|

## Carbon Copy Events

| | Status | Timestamp |
|---|---|---|
| Angelina LaPenotiere<br>angelina_lapenotiere@fanniemae.com<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: Sep 22, 2025 \| 16:21<br>Viewed: Sep 22, 2025 \| 16:23 |

**Electronic Record and Signature Disclosure:**
   Not Offered via Docusign

## Witness Events

| | Signature | Timestamp |
|---|---|---|

## Notary Events

| | Signature | Timestamp |
|---|---|---|

## Envelope Summary Events

| | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | Sep 22, 2025 \| 16:21 |
| Certified Delivered | Security Checked | Sep 22, 2025 \| 16:21 |
| Signing Complete | Security Checked | Sep 22, 2025 \| 16:21 |
| Completed | Security Checked | Sep 22, 2025 \| 16:21 |

## Payment Events

| | Status | Timestamps |
|---|---|---|

**EXHIBIT 1**