IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF COLUMBIA

| | |
|---|---|
| ANIL KANCHARLA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Defendants. | §<br>§<br>§<br>§  Civil Action No.:<br>§<br>§  1:25-CV-02346-RDM<br>§<br>§<br>§<br>§<br>§ |

## DECLARATION OF MEGAN M. JOSEPH

I, Megan M. Joseph, hereby declare the following:

1. I am over eighteen years of age and am of sound mind and capable of making this Declaration. I have personal knowledge of the facts contained herein, and they are true and correct to the best of my knowledge.

2. I originally joined Fannie Mae on October 7, 2013, and left on April 29, 2016. I returned to the Company on December 4, 2017, and currently serve as Director of Talent Acquisition - Business Administration within Fannie Mae's Human Resources division. Among other responsibilities, I oversee the on-boarding process for newly-hired Fannie Mae employees, as well as the process for internal employees transferring into new role through the Talent Acquisition process..

3. For a period of time, Fannie Mae delivered offer memos to individuals who were being hired into or transferring to new roles. The applicant would access Fannie Mae's onboarding portal using a unique password chosen by the applicant, where they would find the offer letter and other documents they would need to review, acknowledge, and/or complete prior to their first day of employment and/or transfer.

4. True and correct copies of offer memos for a transfer to a new role for the following eight individuals are attached as Exhibit A: Lavanya Chaoutacuri; Vinay Gundula; Sateesh Chinta; Lohit Lakkireddy; Lavanya R. Changal; Sachin Behl; Hari Krishna Saggurthi; Rajesh K. Putambaka.

5. As the documents in Exhibit A reflect, each of the eight individuals accepted the offer letters on the date and time stamped on the document, and the electronically signed offer letter was stored in Taleo, our then-system of record for recruiting, at the time of the acceptance.

6. I have reviewed the foregoing five (5) numbered paragraphs and declare under penalty of perjury that they are true and correct to the best of my knowledge.

Executed this 22nd day of September 2025.

*DocuSigned by:*

*Megan Joseph*

——————————————————
3367EAF8866D454

Megan M. Joseph

*Declaration of Megan M. Joseph – Page 2*
*Case No. 1:25-CV-02346-RDM*

# EXHIBIT 2

# EXHIBIT A

**EXHIBIT 2**



MEMORANDUM

DATE:      May 15, 2018

TO:        Lavanya Chaoutacuri

FROM:      Michelle Newman

SUBJECT:   Business Analyst III

Case No. 1-25-CV-02346-RDM

We are pleased to offer you the position of Business Analyst III currently reporting to Rajeev Lanjekar in the Deputy Controller Shared Svcs department. In this position, you will receive an annual gross base salary of $▇▇▇▇▇▇▇ less applicable taxes and other deductions, paid out on a biweekly basis. Your transfer date to this position is May 27, 2018.

You are eligible to participate in a Fannie Mae incentive program. Actual awards may vary widely based upon a number of factors including market practice, the company's performance, your performance relative to your individual goals and your performance relative to others.

Please note that this new position does not change the nature of your employment. You remain an employee at−will, which means− absent a contrary legal requirement − that you and Fannie Mae separately can terminate your employment at any time, for any reason, with or without cause, and with or without advance notice to each other. This at−will employment relationship cannot be altered by any oral representation. You also remain subject to your Arbitration Agreement with Fannie Mae (attached), which requires both you and Fannie Mae to submit claims covered by the Arbitration Agreement to final and binding arbitration, and to bring any such claims on an individual basis, and not as a class or otherwise on behalf of others.

Congratulations on your new position.

**Attachments to the Offer Letter**
Arbitration Agreement issued Jan 21 2015.pdf

Offer electronically accepted by: Lavanya Chaoutacuri
Offer electronically accepted on: May 15, 2018, 4:00 PM (UTC −05:00) Eastern Time − Montreal, New York, Washington D.C.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 2**



MEMORANDUM

DATE:      June 15, 2018

TO:        Vinay Gundala

FROM:      Elizabeth A Gaver

SUBJECT:   Technology Engineer V

We are pleased to offer you the position of Technology Engineer V currently reporting to Sundeep Kalidindi in the SF Compliance Analytics and Reporting department. In this position, you will receive an annual gross base salary of $[redacted] less applicable taxes and other deductions, paid out on a biweekly basis. Your transfer date to this position is June 24, 2018.

You are eligible to participate in a Fannie Mae incentive program.  Actual awards may vary widely based upon a number of factors including market practice, the company's performance, your performance relative to your individual goals and your performance relative to others.

Please note that this new position does not change the nature of your employment.  You remain an employee at−will, which means− absent a contrary legal requirement − that you and Fannie Mae separately can terminate your employment at any time, for any reason, with or without cause, and with or without advance notice to each other.  This at−will employment relationship cannot be altered by any oral representation. You also remain subject to your Arbitration Agreement with Fannie Mae (attached), which requires both you and Fannie Mae to submit claims covered by the Arbitration Agreement to final and binding arbitration, and to bring any such claims on an individual basis, and not as a class or otherwise on behalf of others.

Congratulations on your new position.

**Attachments to the Offer Letter**
Arbitration Agreement issued Jan 21 2015.pdf

Offer electronically accepted by: Vinay Gundala
Offer electronically accepted on: Jun 18, 2018, 11:06 AM (UTC −05:00) Eastern Time − Montreal, New York, Washington D.C.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 2**



MEMORANDUM

DATE:   August 17, 2018

TO:   Sateesh Chinta

FROM:   Devon M. Hawes

SUBJECT:   Sftwr Devel Engr in Test II

We are pleased to offer you the position of Sftwr Devel Engr in Test II currently reporting to Hareesh Gavini in the Digital Products & Servicing department. In this position, you will receive an annual gross base salary of $█████████ less applicable taxes and other deductions, paid out on a biweekly basis. Your transfer date to this position is September 2, 2018.

You are eligible to participate in a Fannie Mae incentive program.  Actual awards may vary widely based upon a number of factors including market practice, the company's performance, your performance relative to your individual goals and your performance relative to others.

Please note that this new position does not change the nature of your employment.  You remain an employee at−will, which means− absent a contrary legal requirement − that you and Fannie Mae separately can terminate your employment at any time, for any reason, with or without cause, and with or without advance notice to each other.  This at−will employment relationship cannot be altered by any oral representation. You also remain subject to your Arbitration Agreement with Fannie Mae (attached), which requires both you and Fannie Mae to submit claims covered by the Arbitration Agreement to final and binding arbitration, and to bring any such claims on an individual basis, and not as a class or otherwise on behalf of others.

Congratulations on your new position.

**Attachments to the Offer Letter**
Arbitration Agreement issued Jan 21 2015.pdf

Offer electronically accepted by: Sateesh Chinta
Offer electronically accepted on: Aug 17, 2018, 12:59 PM (UTC −05:00) Eastern Time − Montreal, New York, Washington D.C.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 2**



MEMORANDUM

DATE:  August 30, 2018

TO:  Lohit Lakkireddy

FROM:  Larry R Fox

SUBJECT: Software Engineer IV

We are pleased to offer you the position of Software Engineer IV currently reporting to Shahryar Sarkani in the Loans, REO and Gfee Accounting department. In this position, you will receive an annual gross base salary of $█████████  less applicable taxes and other deductions, paid out on a biweekly basis. Your transfer date to this position is September 16, 2018.

You are eligible to participate in a Fannie Mae incentive program.  Actual awards may vary widely based upon a number of factors including market practice, the company's performance, your performance relative to your individual goals and your performance relative to others.

Please note that this new position does not change the nature of your employment.  You remain an employee at−will, which means− absent a contrary legal requirement − that you and Fannie Mae separately can terminate your employment at any time, for any reason, with or without cause, and with or without advance notice to each other.  This at−will employment relationship cannot be altered by any oral representation. You also remain subject to your Arbitration Agreement with Fannie Mae (attached), which requires both you and Fannie Mae to submit claims covered by the Arbitration Agreement to final and binding arbitration, and to bring any such claims on an individual basis, and not as a class or otherwise on behalf of others.

Congratulations on your new position.

**Attachments to the Offer Letter**
Arbitration Agreement issued Jan 21 2015.pdf

Offer electronically accepted by: Lohit Lakkireddy
Offer electronically accepted on: Aug 30, 2018, 1:30 PM (UTC −05:00) Eastern Time − Montreal, New York, Washington D.C.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 2**



MEMORANDUM

DATE:            October 19, 2018

TO:              Lavanya R Changal

FROM:          Devon M. Hawes

SUBJECT:      Applctn Support Analyst IV


We are pleased to offer you the position of Applctn Support Analyst IV currently reporting to Cherisse Marshall Mungal in the CPRT Production Support department. In this position, you will receive an annual gross base salary of $█████████  less applicable taxes and other deductions, paid out on a biweekly basis. Your transfer date to this position is October 28, 2018.

You are eligible to participate in a Fannie Mae incentive program.  Actual awards may vary widely based upon a number of factors including market practice, the company's performance, your performance relative to your individual goals and your performance relative to others.

Please note that this new position does not change the nature of your employment.  You remain an employee at−will, which means− absent a contrary legal requirement − that you and Fannie Mae separately can terminate your employment at any time, for any reason, with or without cause, and with or without advance notice to each other.  This at−will employment relationship cannot be altered by any oral representation. You also remain subject to your Arbitration Agreement with Fannie Mae (attached), which requires both you and Fannie Mae to submit claims covered by the Arbitration Agreement to final and binding arbitration, and to bring any such claims on an individual basis, and not as a class or otherwise on behalf of others.

Congratulations on your new position.


**Attachments to the Offer Letter**
Arbitration Agreement issued Jan 21 2015.pdf



Offer electronically accepted by: Lavanya Changal
Offer electronically accepted on: Oct 19, 2018, 3:39 PM (UTC −05:00) Eastern Time − Montreal, New York, Washington D.C.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 2**



MEMORANDUM

DATE:          February 13, 2020

TO:            Sachin Behl

FROM:          Taylor Jacob Holden

SUBJECT:       Project Manager II

We are pleased to offer you the position of Project Manager II currently reporting to Amandeep Singh Ghariyal. In this position, you will receive an annual gross base salary of $▮▮▮▮▮▮▮▮ less applicable taxes and other deductions, paid out on a biweekly basis. Your transfer date to this position is March 15, 2020.

You are eligible to participate in a Fannie Mae incentive program.  Actual awards may vary widely based upon a number of factors including market practice, the company's performance, your performance relative to your individual goals and your performance relative to others.

Please note that this new position does not change the nature of your employment.  You remain an employee at−will, which means− absent a contrary legal requirement − that you and Fannie Mae separately can terminate your employment at any time, for any reason, with or without cause, and with or without advance notice to each other.  This at−will employment relationship cannot be altered by any oral representation. You also remain subject to your Arbitration Agreement with Fannie Mae (attached), which requires both you and Fannie Mae to submit claims covered by the Arbitration Agreement to final and binding arbitration, and to bring any such claims on an individual basis, and not as a class or otherwise on behalf of others.

Congratulations on your new position.

**Attachments to the Offer Letter**
Arbitration Agreement issued Jan 21 2015.pdf

Offer electronically accepted by: Sachin Behl
Offer electronically accepted on: Feb 14, 2020, 10:15 AM (UTC −05:00) Eastern Time − Montreal, New York, Washington D.C.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 2**



MEMORANDUM

DATE: February 19, 2020

TO: Hari Krishna Saggurthi

FROM: Britne K Kirkland

SUBJECT: Production Support Engineer

We are pleased to offer you the position of Production Support Engineer currently reporting to James R Sowers. In this position, you will receive an annual gross base salary of $▮▮▮▮▮▮▮ less applicable taxes and other deductions, paid out on a biweekly basis. Your transfer date to this position is March 1, 2020.

You are eligible to participate in a Fannie Mae incentive program. Actual awards may vary widely based upon a number of factors including market practice, the company's performance, your performance relative to your individual goals and your performance relative to others.

Please note that this new position does not change the nature of your employment. You remain an employee at−will, which means− absent a contrary legal requirement − that you and Fannie Mae separately can terminate your employment at any time, for any reason, with or without cause, and with or without advance notice to each other. This at−will employment relationship cannot be altered by any oral representation. You also remain subject to your Arbitration Agreement with Fannie Mae (attached), which requires both you and Fannie Mae to submit claims covered by the Arbitration Agreement to final and binding arbitration, and to bring any such claims on an individual basis, and not as a class or otherwise on behalf of others.

Congratulations on your new position.

**Attachments to the Offer Letter**
Arbitration Agreement issued Jan 21 2015.pdf

Offer electronically accepted by: Hari Saggurthi
Offer electronically accepted on: Feb 24, 2020, 9:29 AM (UTC −05:00) Eastern Time − Montreal, New York, Washington D.C.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 2**



MEMORANDUM

DATE:  July 27, 2018

TO:  Rajesh K Putumbaka

FROM:  Taylor Jacob Holden

SUBJECT:  Software Engineer IV

We are pleased to offer you the position of Software Engineer IV currently reporting to Milind Sinkar in the Application Intg Services department. In this position, you will receive an annual gross base salary of $▮▮▮▮▮▮▮ less applicable taxes and other deductions, paid out on a biweekly basis. Your transfer date to this position is August 5, 2018.

You are eligible to participate in a Fannie Mae incentive program.  Actual awards may vary widely based upon a number of factors including market practice, the company's performance, your performance relative to your individual goals and your performance relative to others.

Please note that this new position does not change the nature of your employment.  You remain an employee at−will, which means− absent a contrary legal requirement − that you and Fannie Mae separately can terminate your employment at any time, for any reason, with or without cause, and with or without advance notice to each other.  This at−will employment relationship cannot be altered by any oral representation. You also remain subject to your Arbitration Agreement with Fannie Mae (attached), which requires both you and Fannie Mae to submit claims covered by the Arbitration Agreement to final and binding arbitration, and to bring any such claims on an individual basis, and not as a class or otherwise on behalf of others.

Congratulations on your new position.

**Attachments to the Offer Letter**
Arbitration Agreement issued Jan 21 2015.pdf

Offer electronically accepted by: Rajesh Putumbaka
Offer electronically accepted on: Jul 27, 2018, 11:14 AM (UTC −05:00) Eastern Time − Montreal, New York, Washington D.C.

Case No. 1-25-CV-02346-RDM

**EXHIBIT 2**

![docusign](docusign logo)

| Certificate Of Completion | | |
|---|---|---|
| Envelope Id: 3E54B54D-AA91-43B2-9C44-F98ECBE12AD7 | | Status: Completed |
| Subject: Please Complete with Docusign: Declaration of Megan Joseph - September 2025.pdf | | |
| Source Envelope: | | |
| Document Pages: 11 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Karl Johnson |
| AutoNav: Enabled | | 1100 15th Street |
| EnvelopeId Stamping: Enabled | | Washington, DC  20005 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | karl_b_johnson@fanniemae.com |
| | | IP Address: 136.226.68.194 |

| Record Tracking | | |
|---|---|---|
| Status: Original<br>         Sep 22, 2025 \| 16:33 | Holder: Karl Johnson<br>         karl_b_johnson@fanniemae.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Megan Joseph<br>megan_joseph@fanniemae.com<br>Fannie Mae - People & Places<br>Security Level: Email, Account Authentication (None) | *Megan Joseph* (DocuSigned by, 3367FAF3856D454...)<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 136.226.68.112 | Sent: Sep 22, 2025 \| 16:40<br>Viewed: Sep 23, 2025 \| 08:51<br>Signed: Sep 23, 2025 \| 08:52 |
| **Electronic Record and Signature Disclosure:**<br>   Accepted: Sep 23, 2025 \| 08:51<br>   ID: d0fda04b-fdef-4d03-9204-7be38d792d67 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Angelina LaPenotiere<br>angelina_lapenotiere@fanniemae.com<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: Sep 23, 2025 \| 08:52<br>Viewed: Sep 23, 2025 \| 09:26 |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via Docusign | | |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | Sep 22, 2025 \| 16:40 |
| Certified Delivered | Security Checked | Sep 23, 2025 \| 08:51 |
| Signing Complete | Security Checked | Sep 23, 2025 \| 08:52 |
| Completed | Security Checked | Sep 23, 2025 \| 08:52 |

| Payment Events | Status | Timestamps |
|---|---|---|

**EXHIBIT 2**

**Electronic Record and Signature Disclosure**

**EXHIBIT 2**

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Fannie Mae (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Fannie Mae:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: esignature_team@fanniemae.com

**To advise Fannie Mae of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at esignature_team@fanniemae.com and in the body of such request you must state:

# EXHIBIT 2

your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Fannie Mae**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to esignature_team@fanniemae.com and in the body of such request you must state your email address, full name, mailing address, and telephone number.

**To withdraw your consent with Fannie Mae**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to esignature_team@fanniemae.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.  The consequences of you withdrawing consent for online documents will be that transactions may take a longer time to process.

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Fannie Mae as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Fannie Mae during the course of your relationship with Fannie Mae.

**EXHIBIT 2**