

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANIL KANCHARLA, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No.: |
| | § | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | § § § | 1:25-CV-02346-RDM |
| Defendants. | § § § | |
| | § | |

## DECLARATION OF JOSHUA DAUGHTRY

I, Joshua Daughtry, hereby declare as follows:

1.      I am over 18 years of age and am of sound mind and am capable of making this Declaration. I have personal knowledge of the facts contained herein, and they are true and correct to the best of my knowledge.

2.      I am employed by the Federal National Mortgage Association ("Fannie Mae") as a Senior Associate in HR Operations, a role I have held since August 2022.

3.      Prior to April 2025, Fannie Mae's system of record for its Human Resources documents was a system called HR Home. In my role as a Senior Associate in HR Operations, I have access to information retained in HR Home. Among the records retained in HR Home are names formerly used by current and former Fannie Mae employees.

4.      I was asked to conduct a search in HR Home to identify any names formerly used by three former Fannie Mae employees: Lakshmi L. Sainathuni, Padma Rao Sainathuni, and Pushpa Konakala. The records attached to this Declaration as Exhibit A are business records I have extracted from HR Home. The employee's current name is at the top of the document, and the former name is in the body of the document.

*Declaration of Joshua Daughtry Page 1*
*Case No. 1:25-CV-02346-RDM*

**EXHIBIT 3**

5.      I have reviewed the foregoing four (4) numbered paragraphs and I declare under

penalty of perjury that they are true and correct to the best of my knowledge.

Executed on September 22, 2025.

Signed by:

_Joshua Daughtry Jr_____

Joshua Daughtry

Senior Associate, HR Operations

*Declaration of Joshua Daughtry Page 2*
*Case No. 1:25-CV-02346-RDM*

**EXHIBIT 3**

# EXHIBIT A

EXHIBIT 3



Docusign Envelope ID: E2EB819D-EE61-495D-9B4F-749F16C23D58

HRHome

## Lakshmi L Sainathuni: Person Management

LS

**Person Number**
82657

Person **x**    Employment **x**

## Person ®

Pierson Information    Contacts    Documents    Disabilities    Extra Information

### Name and Addresses ©

Name

| | |
|---|---|
| Legal Last Name | Baddula |
| Legal First Name | Venkata |
| Middle Name | L |
| Prefix | Ms |
| Previous Last Name | |

Addresses **+**

Home Address
20190
11709 Oide English Dr
Unitb
Reston, VA
UNITED STATES
Fairfax

Primary Mailing
Home Address
20190
11709 Oide English Dr
Unitb
Reston, VA
UNITED STATES
Fairfax

### Communication Methods©

Phones

Personal Cell Phone ⬛⬛⬛ ✓

Work Phone ⬛⬛⬛

Email Details

Work Email  lakshmi_sainathuni@fanniemae.com ©

### National Identifiers/ ®

United States    Social Security Number: ⬛⬛⬛ ©

### Biographical Info

Date of Birth ⬛⬛⬛
Date of Death
Country of Birth    United States

Display Photo    LS

### Legislative Information ©

S United States

Sex and Marital Status

| | |
|---|---|
| Sex | Female |
| Marital Status | |
| Marital Status Change Date | ⬛⬛⬛ |
| Highest Education Level | |

Ethnicity **X**
◯ Infonnation
Use the Personal Details page to add or update ethnicity or race. (PER-1532477}

Case No. 1:25-CV-02346-RDM

**EXHIBIT 3**



Docusign Envelope ID: E2EB819D-EE61-495D-9B4F-749F16C23D58

Padma Rao Sainathuni: Person Management

Close

PS

Person Number
**77141**

Person x    Employment x

## Person ©

Submit     Cancel

Person Information    Contacts    Documents    Disabilities    Extra Information

### Name and Addresses ®                                    Edit ⌐

Name

Legal Last Name  Baddula
Legal First Name  Prabhudas
Middle Name  P
Prefix  Mr
Previous Last Name

Addresses +

Home Address
20190
11709 Oide English Dr
Unitb
Reston, VA
UNITED STATES
Fairfax                                                       Edit ⌐

Primary Mailing
Home Address
20190
11709 Oide English Dr
Unitb
Reston, VA
UNITED STATES
Fairfax

### Communication Methods®                                  Edit ▾

Phones

Emergency Alert Number
Home Phone
Personal Cell Phone  ✓
Work Phone

Email Details

Work Email    padma_sainathuni@fanniemae.com ©

### National Identifiers/®

United States    Social Security Number: ▮▮▮▮  ✓

### Biographical Info                                        ✎

Date of Birth  ▮▮▮▮
Date of Death
Country of Birth  United States

Display Photo   PS

### Legislative Information ©                                Add Country

🅢 United States

Sex and Marital Status                                       Edit ⌐

Sex    Male
Marital Status
Marital Status Change Date  ▮▮▮▮
Highest Education Level

Ethnicity ✗
○ Information
  Use the Personal Details page to add or update ethnicity or race. (PER-1532477)

Case No. 1:25-CV-02346-RDM

**EXHIBIT 3**



**EXHIBIT 3**

**docusign.**

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: E2EB819D-EE61-495D-9B4F-749F16C23D58 | | Status: Completed |
| Subject: Please Complete with Docusign: Declaration of Joshua Daughtry - September 2025.pdf | | |
| Source Envelope: | | |
| Document Pages: 6 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 1 | Initials: 0 | Karl Johnson |
| AutoNav: Enabled | | 1100 15th Street |
| EnvelopeId Stamping: Enabled | | Washington, DC  20005 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | karl_b_johnson@fanniemae.com |
| | | IP Address: 136.226.68.194 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Karl Johnson | Location: DocuSign |
|        Sep 22, 2025 \| 15:44 |        karl_b_johnson@fanniemae.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Joshua Daughtry Jr<br>joshua_daughtry_jr@fanniemae.com<br>Security Level: Email, Account Authentication (None) | *Joshua Daughtry Jr*<br>Signed by:<br>B07262A3E557427...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 165.225.216.184 | Sent: Sep 22, 2025 \| 15:52<br>Viewed: Sep 22, 2025 \| 15:54<br>Signed: Sep 22, 2025 \| 15:54 |
| **Electronic Record and Signature Disclosure:**<br>    Not Offered via Docusign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Angelina LaPenotiere<br>angelina_lapenotiere@fanniemae.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via Docusign | **COPIED** | Sent: Sep 22, 2025 \| 15:54<br>Viewed: Sep 22, 2025 \| 16:05 |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | Sep 22, 2025 \| 15:52 |
| Certified Delivered | Security Checked | Sep 22, 2025 \| 15:54 |
| Signing Complete | Security Checked | Sep 22, 2025 \| 15:54 |
| Completed | Security Checked | Sep 22, 2025 \| 15:54 |

| Payment Events | Status | Timestamps |
|---|---|---|

**EXHIBIT 3**