# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANIL KANCHARLA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No.: 1:25-cv-02346-RDM |
| | ) |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

## [proposed] ORDER

Upon consideration of Plaintiffs' Motion to Set an Evidentiary Hearing to allow Plaintiffs to present testimonial evidence in opposition to Defendant's Motion to Compel Arbitration and Dismiss This Action with good cause shown, it is hereby

**ORDERED** that the date for an evidentiary hearing on this matter be set for _____, 2026.

Date: _____     _____
HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE