**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANIL KANCHARLA, et al., | **)** |
| | **)** |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:25-cv-02346-RDM |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | **)** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nirmala Battinapatla voluntarily dismisses without prejudice all claims in the Complaint in the above-captioned action against Defendant.

No Defendant has filed an Answer or Motion for Summary Judgment in this matter.  This case does not involve a class action subject to Fed.R.Civ.P. 23 or a derivative suite subject to Fed.R.Civ.P. 23.1.  No federal- or state-court action based on or including the same claim has been previously dismissed by Plaintiff Battinapatla.

No other Plaintiff is affected by this Voluntary Dismissal Without Prejudice, and the Complaint is otherwise unchanged.

/s/ Milton C. Johns
Milton C. Johns, VSB # 42305
D.D.C. Attorney No. VA072
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite, 303
Fairfax, Virginia 22030
(571) 500-1010
(571) 408-8102 Facsimile
mjohns@xlppllc.com
*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2026, the foregoing was filed via the CM/ECF system and an electronic copy of the same was served via a notice of electronic filing (NEF):

Angelina LaPenotiere
(Admitted *Pro Hac Vice*)
Federal National Mortgage Association
Granite Park VII
5600 Granite Park
Plano, Texas  75025

*Counsel for Defendant*
*Federal National Mortgage Association*

/s/ Milton C. Johns
Milton C. Johns, VSB # 42305
D.D.C. Attorney No. VA072
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, Virginia 22030
(571) 500-1010
(571) 408-8102 Facsimile
mjohns@xlppllc.com
*Counsel for Plaintiffs*

2